ACCEPTED
03-15-00429-CV
12693492
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2016 11:38:00 AM
JEFFREY D. KYLE
CLERK

## *Draper, et al. v. AMS*, No. 03-15-00429-CV

"A guaranty must be strictly construed and a guarantor cannot be liable for the modification to the guaranty made without the guarantor's consent."
*McKnight v. Virginia Mirror Co,. Inc.*, 463 S.W.2d 428, 430 (Tex. 1971)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2016 11:38:00 AM
JEFFREY D. KYLE
Clerk

### Operative Provision of the Guaranty executed by the "Individual Guarantors" (CR 27-30)

I, [Individual Guarantor] (hereinafter referred to as the "Guarantor") residing at [address], for and in consideration of your extending credit at my request to Assistant Pro, Inc., a Texas corporation (hereinafter referred to as the "Purchaser"), of which I am a shareholder, personally guarantee to you the payment of twenty five percent (25%) all amounts due to Austin Manufacturing Services L.P. Inc., a Texas Limited Partnership, under Purchase Order 1682 for the purchase of 5000 Golf Guru units (hereinafter "Guaranteed Portion").

I hereby agree to pay such Guaranteed Portion punctually if default in payment thereof is made by the Purchaser.

### Excerpts from PO 1682 (Supp. CR 5)

TQI Systems, LTD

9008 Anderson Mill Rd
Austin, TX 78729
Phone #    512-401-8103
Fax #      512-250-5020

**Purchase Order**

| Date | P.O. No. |
|------|----------|
| 10/9/2007 | 1682 |

| Vendor |
|--------|
| AMS |
| Po Box 671161 |
| Dallas, TX 75267-1161 |
| |
| Vendor Contact:   Steve Bandy |
| Vendor Phone:     512-651-5327 |
| Vendor Fax: |

| Ship To |
|---------|
| TQI Systems |
| TQI Systems, LTD |
| 9008 Anderson Mill Rd |
| Austin, TX 78729 |

"Note:  to be shipped direct to customer from AMS"

### Excerpts from Trial Record re "amounts due" under PO 1682

- Ex. 70 (6RR 697-853)(showing no amounts due under PO 1682)
- Ex. 81 (AMS shows zero balance due under PO 1682)(6RR 908)
- Ex. 82 (AMS shows zero balance due under PO 1682)(6RR 909) (same as Ex 141 (6RR 424-36)
- Ex. 94 (Ex. to Orig. Pet. shows no "aging amounts due" under PO 1682)(SCR 12-16; 6RR 1045)
- Wallace (AMS' "guy on accounting"): amounts remained due on other POs, but a "zero balance" remained due under PO 1682 (2RR 329)
- Scoggins (AMS' president) (POs showing 1682 "do not appear in the aging" (2RR 150)

### No AMS Exhibits/testimony show any amounts due under PO 1682